262

## George A. Bosomburg, Appellant, v. Birk Bros. Brewing Company, Appellee.

### Gen. No. 41,804.

Heard in first division, first district, this court at October term, 1941; opinion filed December 22, 1941. George A. Bosomburg, for appellant; Phoenix & Murphy, for appellee; Richard C. Murphy, of counsel. Opinion by Justice O'Connor. "Not to be published in full."

## John Valant, Appellee, v. Metropolitan Life Insurance Company, Appellant.

### Gen. No. 41,844.

Heard in first division, first district, this court at October term, 1941; opinion filed December 22, 1941. Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and John C. Melaniphy, of counsel; William C. Greatman and Gilbert F. Wagner, for appellee. Opinion by Justice O'Connor. "Not to be published in full."